(72 South. 420)

No. 21083.

BOAGNI v. SCHELL (EDENBORN et al., Interveners).

(June 30, 1916.)

Appeal from Sixteenth Judicial District Court, Parish of St. Landry; B. H. Pavy, Judge.

Action by E. M. Boagni against J. Franklin Schell, in which William Edenborn and another, joint receivers of the Union Irrigation Company, filed a petition in intervention and third opposition. From the judgment, an appeal is taken. Affirmed.

Dart, Kernan & Dart, of New Orleans for appellant Dart. John W. Lewis and R. Lee Garland, both of Opelousas, and Foster, Milling, Saal, & Milling, of New Orleans, for interveners. Dudley L. Guilbeau, of Opelousas, for appellee.

MONROE, C. J. The questions presented in this case are fully considered and disposed of in the opinion in the case of E. M. Boagni v. E. A. Stamen (No. 21086) 72 South. 417,[1] this day handed down; and, for the reasons there assigned, the judgment herein appealed from is affirmed.